UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISAIAH COOK                                           CIVIL ACTION

VERSUS                                                NO. 11-2679

MARLIN GUSMAN ET AL                                   SECTION "A"(3)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Isaiah Cook be **DISMISSED WITH PREJUDICE** for want of prosecution.

This 1st of June, 2012.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE